THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| **SYMBOLY INNOVATIONS, LLC,**<br><br>     **Plaintiff,**<br><br>    v.<br><br>**CUSTOMINK LLC**<br><br>     **Defendant.** | CIVIL ACTION NO. 2:17-cv-00001 |

## NOTICE OF VOLUNTARY DISMISSAL

Under the Federal Rule of Civil Procedure 41(a), Symbology Innovations, LLC ("SI") voluntarily dismisses all claims against Defendant CustomInk with prejudice, with each party bearing its own attorneys' fees and costs.

Dated:  April 6, 2017               Respectfully submitted.


*/s/ Steven War*

Steven War
McNeely, Hare & War LLP
5335 Wisconsin Ave, NW, Suite 440
Washington, D.C. 2015
(202) 536-5877
facsimile: (202) 478-1813
e-mail: steve@miplaw.com
VSB # 45048
*Attorney for Plaintiff Symbology Innovations, LLC*

CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on April 6, 2017, I have caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the District Court using the CM/ECF system, which will send notifications of such filing to all counsel of record.

Dated:  April 6, 2017                                         By: */s/ Steven War*

                                                                                    Steven War